No. 755. MINNEAPOLIS PARK BOARD *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied. *Raymond A. Haik* for petitioner. *Douglas M. Head,* Attorney General of Minnesota, *Arne L. Schoeller,* Chief Deputy Attorney General, *Richard H. Kyle,* Deputy Attorney General, and *James M. Kelley,* Special Assistant Attorney General, for respondent.

No. 757. CARROLL *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO. C. A. 10th Cir. Certiorari denied. *Rebecca L. Bradley* and *Walter L. Gerash* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Alan S. Rosenthal,* and *Alexander P. Humphrey* for respondent.

No. 758. RUBIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Stanley Jay Bartel* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 763. INDIANOLA MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Hardy Lott* for petitioners. *Solicitor General Griswold, Assistant Attorney General Leonard,* and *J. Harold Flannery* for the United States.

No. 653. JONES *v.* CITY OF BIRMINGHAM. Ct. App. Ala. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Arthur Parker* for petitioner. *J. M. Breckenridge* and *William C. Walker* for respondent.